# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00026-GMN-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| ANTHONY REVELS, | |
| Defendant. | |

On February 25, 2020, the Court conducted a revocation hearing as to defendant Anthony Revels. At the hearing, counsel requested the Defendant be allowed to reside at Harris Springs Ranch upon his release from US Marshal custody on March 10, 2020.

Accordingly,

**IT IS HEREBY ORDERED** that the Defendant shall reside at Harris Springs Ranch upon his release from custody on March 10, 2020.

**DATED** this __25__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court