RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Anthony Revels

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANTHONY REVELS,<br><br>          Defendant. | Case No. 2:14-CR-026-GMN-NJK<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Lin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Anthony Revels, that the Status Conference Hearing currently scheduled on June 19, 2020 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Revels is scheduled to complete the program at Harris Springs Ranch on June 8, 2020.

2.      The additional time requested will allow Mr. Revels the opportunity to transition back into the community and to participate in the outpatient portion of the program.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the status conference hearing.

DATED this 29th day of May, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Christopher Lin*<br>By_____<br>CHRISTOPHER LIN<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY REVELS,<br><br>    Defendant. | Case No. 2:14-CR-026-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status conference hearing currently scheduled for Friday, June 19, 2020 at 10:00 a.m., be vacated and continued to Wednesday, September 23, 2020, at the hour of 10:00 a.m. in LV Courtroom 7D before Judge Gloria M. Navarro.

DATED this  31  day of      May     , 2020.

_____
UNITED STATES DISTRICT JUDGE

3