RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Anthony Revels

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-026-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| ANTHONY REVELS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Christopher Lin, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia A. Irvin, counsel for Anthony Revels, that the Revocation Hearing currently scheduled on September 2, 2020, at 3:00pm, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.     Mr. Revels completed the inpatient program at Harris Springs Ranch on June 8, 2020, and since then has been living at his mother's residence.  He is currently participating in outpatient treatment.

2.  In the interim, a petition was filed alleging that Mr. Revels has violated his conditions of supervised release.  ECF No. 69.

3.  On August 11, 2020, Mr. Revels made his initial appearance on this petition and was released under his current supervised release conditions.  *See* ECF No. 77.

4.  A revocation hearing has been scheduled for September 2, 2020 before this Court.

5.  Counsel requestss for at least a two-week continuance of the revocation hearing so that they may continue negotiations and for counsel for defendant to review discovery and confer with the defendant.

6.  Mr. Revels is not in custody and agrees with the need for the continuance.

7.  Undersigned counsel and the Probation Officer agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 27th day of August, 2020.

RENE L. VALLADARES
Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney

By */s/ Sylvia A. Irvin*
SYLVIA A. IRVIN
Assistant Federal Public Defender

By */s/ Christopher Lin*
CHRISTOPHER LIN
Assistant United States Attorney

2

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3
4

UNITED STATES OF AMERICA,

             Plaintiff,

5
6

     v.

7

ANTHONY REVELS,

            Defendant.

8

Case No. 2:14-cr-026-GMN-NJK

**<u>ORDER</u>**

9

10
11
12
13

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 2, 2020 at 3:00 p.m., be vacated and continued to  Wednesday, September 30, 2020, at the hour of 3:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

14

      DATED this 27 day of August, 2020.

15
16
17

_____

UNITED STATES DISTRICT JUDGE

18
19
20
21
22
23
24
25
26