RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Anthony Revels

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-026-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| ANTHONY REVELS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Christopher Lin, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Monique Kirtley, counsel for Anthony Revels, that the Revocation Hearing currently scheduled on September 30, 2020, at 3:00pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Revels is currently pending a state case matter, which is related to the allegation contained in paragraph one of the revocation of supervised release petition filed on July 24, 2020. ECF No. 69.

2. Counsel would like to see the results of the preliminary hearing before proceeding in the instant matter.

3. Mr. Revels is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 9th day of September, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Christopher Lin*<br>By_____<br>CHRISTOPHER LIN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY REVELS,<br><br>        Defendant. | Case No. 2:14-cr-026-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 30, 2020 at 3:00 p.m., be vacated and continued to December 2, 2020, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  11  day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE

3